# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-08-00186-CV

**Keith Russell Judd, Democratic Candidate for President of the United States, Appellant**

**v.**

**Secretary of State of Texas and the Democratic Party of Texas, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. D-1-GN-08-00372, HONORABLE JON N. WISSER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Judd, an inmate in federal prison, has filed a pro se notice of appeal from "any order or judgment" in the district court involving his attempt to be placed on the Democratic Presidential Primary Ballot for the 2008 primary election. On February 24, 2009, this Court sent notice to Judd that it appeared that we lacked subject matter jurisdiction over this appeal, as the subject matter of this appeal was moot. We informed Judd that unless he could demonstrate how we had jurisdiction over this appeal by March 6, 2009, we would dismiss the appeal. The deadline has long passed, and Judd still has not filed a response to our notice.[1] Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 42.3(a), (c).

---

[1] On March 6, Judd filed a motion for extension of time to file his response to our notice, but has yet to file a response. We overrule that motion. *See* Tex. R. App. P. 10.5(b). Judd has also filed an affidavit of inability to pay costs. We overrule that motion. *See* Tex. R. App. P. 20.1.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Waldrop

Dismissed

Filed:   June 11, 2009